# PETRONE & PETRONE, P.C.

## Attorneys at Law

John R. Petrone II *
Lori E. Petrone
Mark J. Halpin
Janet F. Neumann
Kathleen A. Lupia
James H. Cosgriff, III
Mark O. Chieco
Brendan S. Byrne
Tracy Dam Cheico
Stephanie Viscelli Cicci

Of Counsel
Mary Ellen Luker

Marcus M. Curry
(1924-1996)

**5500 Main Street
Suite 342
Williamsville, NY 14221
(716) 204-1087
FAX (716) 204-2507**

1624 Genesee Street
Utica, NY 13502
(800) 521-1260
FAX (315) 735-5368

12 Metro Park Road
Colonie, NY 12205
(800) 521-1260
FAX (518) 735-5368

247 West Fayette Street
Suite 202
Syracuse, NY 13202
(800) 521-1260
FAX (315)735-5368

205 St. Paul Street
Suite 300
Rochester, NY 14614
(800) 521-1260
FAX (315) 735-5368

* Also admitted in Pennsylvania

July 10, 2014

Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:  *Quincy Mutual Fire Ins. Co. v. New York Central Mutual Fire Ins. Co.*
            Docket No. 14-1377

Dear Clerk of Court:

      This office is counsel of record for Defendant-Appellant New York Central Mutual Fire Insurance Company in the above-referenced matter. Pursuant to Local Rule 31.2, New York Central Mutual respectfully requests to file the Joint Appendix and Appellant's brief-in-chief on or before October 10, 2014 and that the Court So Order the same.

      Thank you for your courtesies.

Respectfully,

James H. Cosgriff, III

JHC/mmp
cc:
**Via CM/ECF**
Scott R. Jennette, Esq.
Ward, Greenberg, Heller & Reidy, LLP
300 State Street
Rochester, New York 14614